IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Criminal No.00-24 |
| | ) | |
| Stephen E. Wade | ) | |
| Defendant | ) | |

ORDER OF COURT

AND NOW, to wit, this 26TH day of June, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following file, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

Document: Whole Case File

Gary L. Lancaster
U.S. District Judge